UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: LIZ Y. MENDEZ CONCEPCION

BK. CASE # 14- 06228

CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 07/31/14
[X] PRE [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____
FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

$ 220.00 x 60 = $13,200.00
$____ x ____ = ____
$____ x ____ = ____
$____ x ____ = ____
$____ x ____ = ____

TOTAL = $13,200.00

Additional Payments:
$____ to be paid as a LUMP SUM within ____ with proceeds to come from
[ ] Sale of property identified as follows:

TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL THE PLAN'S COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE
[ ] Other:
NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR OF A PORTION OF SUCH REFUND, DEBTOR SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE FUNDS.

Periodic Payments to be made other than, and in addition to the above.
$____ X ____ = $____

PROPOSED BASE: $ 13,200.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR   N/A   $____

B. SECURED CLAIMS.
[ ] Debtor represents no secured claims.
[X] Creditors having secured claims will retain their liens and shall be paid as follows:

1. [X] Trustee pays secured ARREARS:
Cr. FB         Cr.____         Cr.____
# 5778         #____           #____
$ 4,566.80 +   $____           $____
$600.00 ATTY FEES

2. [ ] Trustee pays IN FULL Secured Claims:
Cr.____        Cr.____         Cr.____
#____          #____           #____
$____          $____           $____

3. [ ] Trustee pays VALUE OF COLLATERAL
Cr.____        Cr.____         Cr.____
#____          #____           #____
$____          $____           $____

4. [ ] Debtor SURRENDERS COLLATERAL to lien Holder: ____

5. [ ] Other: ____

6. [X] Debtor Otherwise maintains regular payments directly to:
FIRSTBANK

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
HACIENDA $625.89   (II U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan [ ] Classifies [XX] Does not Classifies Claims.
1. (a) Class A: [ ] Co-debtor Claims / [ ] Other:____
              [ ] Paid 100% / [ ] Other: ____
Cr.____        Cr.____         Cr.____
#____          #____           #____

(b) [ ] Other:____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

### III. ATTORNEY FEES

(Treated as § 507 Priorities)
Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,700.00

Signed: /s/ [signature]
DEBTOR

JOINT DEBTOR

OTHER PROVISIONS: (Executory contracts: payments of interest to unsecured, etc.)
CONFIRMATION OF THIS PLAN CONSTITUTES A FINDING THAT DEBTOR(S) HAS/HAVE TIMELY COMPLIED WITH ALL OF DEBTOR'S DUTIES UNDER 11 USC&521, AND THAT THE PLAN WAS FILED IN GOOD FAITH.

1) ABOVE MEDIAN/60 MONTHS COMMITMENT PERIOD

NEE=$0.00                           GU=$72,417.77

ANGEL M. EGOZCUE, ESQ.
PO BOX 366087
SAN JUAN, PR 00936-6087
ATTORNEY FOR DEBTOR: TELS. (787) 781-5635/ FAX 793-8935